NO. 03-14-00252-CR

ACCEPTED
03-14-00252-CR
5220549
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 5:45:47 PM
JEFFREY D. KYLE
CLERK

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 5:45:47 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE THIRD DISTRICT OF TEXAS
# AT AUSTIN

## JOHN JOSEPH FOSTER,

Appellant

v.

## THE STATE OF TEXAS,

Appellee

## MOTION FOR LEAVE TO FILE LATE BRIEF

JAMES J. LAMARCA
Assistant County Attorney
Williamson County, Texas
State Bar No. 24074568
405 Martin Luther King, # 7
Georgetown, Texas 78626
PHONE: (512) 943-1111
FAX: (512) 943-1120
jlamarca@wilco.org

## NO. 03-13-00252-CR

| | | |
|---|---|---|
| **JOHN JOSEPH FOSTER** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE THIRD DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION FOR LEAVE TO FILE LATE BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

The State of Texas by and through its attorney, Dee Hobbs, Williamson County Attorney, files this Motion for Leave to File Late Brief, and in support of this motion, would respectfully show the following:

1. The State's current deadline for filing its Brief was May 1, 2015.

2. The State asked for and received three prior extensions for filing its Brief

3. The undersigned Assistant County Attorney has numerous matters on appeal in various stages in the Court of Appeals for the Third District of Texas. Furthermore, the undersigned Assistant County Attorney continues to be required in the courtroom to assist with dockets, to answer and research questions from law enforcement and other prosecutors, and represent applicants for protective orders.

THEREFORE, the State asks leave of this Court for 7 additional days to file this Brief until May 8, 2015.

SIGNED this the 8th day of May, 2015.

Respectfully submitted,


_/s/ James J. LaMarca_____
JAMES J. LAMARCA
Assistant County Attorney
Williamson County, Texas
SBN: 24074568
405 Martin Luther King, # 7
Georgetown, Texas 78626
PHONE: (512) 943-1111
FAX: (512) 943-1120
jlamarca@wilco.org

## CERTIFICATE OF COMPLIANCE

I certify that this motion contains a word count of 158 and this complies with Tex. R. App. P. 9.4.

__/s/ James J. LaMarca__
JAMES J. LAMARCA

## CERTIFICATE OF SERVICE

I certify that I have sent a true and correct copy of State's Brief to Appellant's attorney of record, Kristen Jernigan, by electronic service at Kristen@txcrimapp.com, on the 8th day of May, 2015.

__/s/ James J. LaMarca__
JAMES J. LAMARCA

# AFFIDAVIT OF VERIFICATION

BEFORE ME, Notary Public in and for the State and County

aforesaid, on this day personally appeared the undersigned affiant who, after

being duly sworn, deposes and says the following:

> "My name is James J. LaMarca. I am an Assistant County
> Attorney for Williamson County, Texas. I have read the above
> Motion for Leave to File Late Brief and swear that it is true
> base on my personal knowledge of the fact recited therein."

James J. LaMarca
Assistant County Attorney
Williamson County, Texas

This instrument was sworn to and subscribed before me, this the 8th day of

May, 2015.

NOTARY PUBLIC



LISA A. ROBERTS
Notary Public, State of Texas
My Commission Expires
APRIL 3, 2018